# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA,   :   No. 47 WM 2017
                                       :
                   Respondent      :
                                         :
                                       :
               v.                         :
                                       :
                                       :
KENNETH A. SENOSKI,            :
                                       :
                 Petitioner        :

## ORDER

**PER CURIAM**

    **AND NOW**, this 13th day of October, 2017, the Application for Leave to File Original Process is GRANTED, and the Petition for Writ of Mandamus is DENIED.